UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HELEN JONES | CIVIL ACTION |
| v. | NO. 21-509 |
| | c/w 21-510 |
| KOP DUNGELYAN, ET AL. | SECTION "F" |

ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that oppositions to a motion be filed no later than eight days before the noticed submission date. No opposition to the defendants' motion to dismiss has been filed.

Accordingly, because the motion is unopposed, and because it appears to have merit under Federal Rule of Civil Procedure 12(b)(2) and related caselaw,

IT IS ORDERED: that the motion is GRANTED. The plaintiffs' actions are dismissed without prejudice to the plaintiffs' ability to re-file in an appropriate venue.[1]

New Orleans, Louisiana, June 23, 2021

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

[1] These cases have nothing to do with Louisiana. The plaintiffs in both cases are Orleans Parish residents who sue the same five defendants for injuries sustained in a November 8, 2019 car accident in Mississippi. The defendants are a Californian trucker (Mr. Kop Dungelyan) and a group of trucking and insurance companies based in California, Pennsylvania, and Texas.

1